UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.        **ORDER**
        Criminal File No. 11-280 (MJD/JSM)

TODD ALLEN MUDGETT (12),

    Defendant.

Steven L. Schleicher, Assistant United States Attorney, Counsel for Plaintiff.

Lee R. Johnson, Johnson & Greenberg, PLLP, Counsel for Defendant Todd Allen Mudgett.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 22, 2012. [Docket No. 536.] Defendant Todd Allen Mudgett has filed objections to the Report and Recommendation. [Docket No. 549.]

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the

Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Mayeron dated February 22, 2012.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** Magistrate Judge Janie S. Mayeron's Report and Recommendation dated February 22, 2012 [Docket No. 536].

2. Defendant Todd Allen Mudgett's Motion to Suppress Statements and Evidence [Docket No. 499] is **DENIED**.

Dated:  March 9, 2012  s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court